AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JUL 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY R.M. DEPUTY

UNITED STATES OF AMERICA

V.

SERVANDO DAVID LOZOYA-VAL

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2538-JAH
08MJ8605

I, Servando David Lozoya-Val, the above named defendant, who is accused of violating 21 U.S.C. §952 + 960 Importation of a Controlled Substance

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/31/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Servando david Lozoya V.
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer