UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case #08MJ 8605 |
| ) | |
| Plaintiff, ) | **ORDER REGARDING** |
| ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| vs. ) | |
| ) | |
| SERVANDO DAVID LOZOYA-VAL, ) | |
| ) | |
| Defendant. ) | |

    Defendant, SERVANDO DAVID LOZOYA-VAL, having stated in open court on July 17, 2008 his desire to substitute DANIEL M. DAVIS, attorney, in place of his prior attorney, VICTOR MANUEL TORRES, and said request being orally granted, and hereafter memorialized:

    I consent to this substitution.

Dated: 7/29/08                   /s/ SERVANDO DAVID LOZOYA-VAL
                                   SERVANDO DAVID LOZOYA-VAL

    I consent to this substitution.

Dated: 7/29/08                   /S/ VICTOR MANUEL TORRES
                                   VICTOR MANUEL TORRES
                                   Attorney at Law

    I accept the foregoing substitution.

Dated: 7/29/08                   /s/ DANIEL M. DAVIS
                                   DANIEL M. DAVIS
                                   Attorney at Law

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the foregoing request to substitute DANIEL M. DAVIS, Attorney at Law, in place of and in stead of VICTOR MANUEL TORRES, Attorney at Law, is approved.

Dated:   August 8, 2008

PETER C. LEWIS
United States Magistrate Judge